UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Stacey R. Purtz &
    Colleen Purtz  :  Bankruptcy No. 16-14155

Debtors  :  Chapter 13

## ADDENDUM To 2nd AMENDED CHAPTER 13 PLAN

1. The debtor will seek a discharge of debts pursuant to Section 1328(a).

2. Requests the pre-petition arrears be amended to provide balance of $21.97. Prior amended plan failed to provide for the arrears.

3. Debtor to date has paid in $2,138.78 and has 52 remaining months. Debtors plan will increase from $464.56 to $464.98 per month.

Dated:    2/20/17

/s/Stacey Purtz
/s/ Colleen Purtz

Dated:    2/20/17

/s/ Jason M. Rapa. Esquire
Jason M. Rapa, Esquire
Rapa Law Office, P.C.
141 South 1st Street
Lehighton, PA 18235
(610) 377-7730
Fax: (610) 377-7730