# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|     Stacey R. Purtz & | : | |
|         Colleen Purtz | : | Bankruptcy No. 16-14155 |
| | : | |
|         Debtors | : | Chapter 13 |
| | : | |

## ADDENDUM To 2nd AMENDED CHAPTER 13 PLAN

1. The debtor will seek a discharge of debts pursuant to Section 1328(a).

2. Requests the pre-petition arrears be amended to provide balance of $21.97. Prior amended plan failed to provide for the arrears.

3. Debtor to date has paid in $2,603.76 and has 51 remaining months. Debtors plan will increase from $464.56 to $477.81 per month.

Dated:	3/20/17	/s/Stacey Purtz
	/s/ Colleen Purtz ____

Dated:	3/20/17	/s/ Jason M. Rapa. Esquire _____
	Jason M. Rapa, Esquire
	Rapa Law Office, P.C.
	141 South 1st Street
	Lehighton, PA 18235
	(610) 377-7730
	Fax: (610) 377-7730