# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|     Stacey R. Purtz & | : | |
|         Colleen Purtz | : | Bankruptcy No. 16-14155 |
| | : | |
|     Debtors | : | Chapter 13 |
| | : | |

## ADDENDUM To 2nd AMENDED CHAPTER 13 PLAN

1. The debtor will seek a discharge of debts pursuant to Section 1328(a).

2. Requests the pre-petition arrears be amended to provide balance of $21.97 to Bank of America. Prior amended plan failed to provide for the arrears.

3. Debtor to date has paid in $2,603.76 and has 51 remaining months. Debtors plan will increase from $464.56 to $477.81 per month.

Dated:     3/20/17                    /s/Stacey Purtz
                                      /s/ Colleen Purtz ____

Dated:     3/20/17                    /s/ Jason M. Rapa. Esquire _____
                                      Jason M. Rapa, Esquire
                                      Rapa Law Office, P.C.
                                      141 South 1st Street
                                      Lehighton, PA 18235
                                      (610) 377-7730
                                      Fax: (610) 377-7730