United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Stacey R Purtz
Colleen Purtz
    Debtors

Case No. 16-14155-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa    Page 1 of 1    Date Rcvd: Mar 23, 2017
                         Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
db/jdb         +Stacey R Purtz,   Colleen Purtz,   3190 Applebutter Rd,   Danielsville, PA 18038-9405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
         DENISE ELIZABETH CARLON    on behalf of Creditor    PNC Bank, National Association
          bkgroup@kmllawgroup.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         JASON M. RAPA    on behalf of Debtor Stacey R Purtz jrapa@rapalegal.com,
          mrapa@rapalegal.com;ssprouse@rapalegal.com;krapa@rapalegal.com
         JASON M. RAPA    on behalf of Joint Debtor Colleen  Purtz jrapa@rapalegal.com,
          mrapa@rapalegal.com;ssprouse@rapalegal.com;krapa@rapalegal.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                                    TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Stacey R Purtz and Colleen Purtz
      Debtor(s)　　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 16−14155−ref
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 23, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                    Richard E. Fehling
                                    Judge ,
                                    United States Bankruptcy Court

                                                    26
                                             Form 155