United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stacey R Purtz  
Colleen Purtz  
      Debtors

Case No. 16-14155-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa     Page 1 of 1     Date Rcvd: Aug 16, 2018  
                   Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.  
db/jdb     +Stacey R Purtz,    Colleen Purtz,    3190 Applebutter Rd,    Danielsville, PA 18038-9405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 02:15:28     Synchrony Bank,    c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605  
                                                             TOTAL: 1

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:  
       DENISE ELIZABETH CARLON    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
       JASON M. RAPA    on behalf of Joint Debtor Colleen Purtz jrapa@rapalegal.com, mrapa@rapalegal.com;ssprouse@rapalegal.com;krapa@rapalegal.com  
       JASON M. RAPA    on behalf of Debtor Stacey R Purtz jrapa@rapalegal.com, mrapa@rapalegal.com;ssprouse@rapalegal.com;krapa@rapalegal.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
       THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                     TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Colleen Purtz<br>Stacy R. Purtz<br>    Debtors | CHAPTER 13 |
| PNC Bank, National Association<br>    Movant<br>vs. | NO. 16-14155 REF |
| Colleen Purtz<br>Stacy R. Purtz<br>    Debtors | 11 U.S.C. Section 362 |
| William C. Miller, Esq.<br>    Interim Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtors' residence is **$1,031.00,** which breaks down as follows;

Fees & Costs Relating to Motion: $1,031.00
**Total Post-Petition Arrears**  **$1,031.00**

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on July 1, 2018, Debtor(s) shall resume the present regular monthly payment of **$1,894.79** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month) at the address below:

**PNC Bank**
3232 Newmark Drive
Miamisburg, OH 45342

b). The Debtors shall pay an installment payment of **$171.84 from August 2018 to December 2018 and $171.80 for January 2019** towards the arrearages on or before the last day of each month at the address below:

**PNC Bank**
3232 Newmark Drive
Miamisburg, OH 45342

    c). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtors' attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: July 10, 2018    By: /s/ Kevin G. McDonald, Esquire
                Kevin G. McDonald, Esquire

Date: August 8, 2018

                Jason M. Rapa, Esquire
                Attorney for Debtors

Date: 8/14/18

                William C. Miller, Esq.
                Chapter 13 Trustee

Approved by the Court this **16** day of **August**, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Richard E. Fehling