UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

July 29, 2019

To:
**Sherri Smith, Esq.**

           In re: **Stacey & Colleen Purtz**
           Bankruptcy No. **16-14155ELF**
           Adversary No.
           Chapter 13

Re **Motion for Relief from Stay (docket #41)**

The above document(s) were filed in this office on 7/29/19. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    ( )    Voluntary Petition
    ( )    Adversary Proceeding
    ( )    $31.00 Filing Fee for Amendments
    ( )    $25.00 Claims Transfer Fee
    (X)    Motion Filing Fee $181.00

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

           Timothy B. McGrath
           Clerk


           By:**Randi Janoff**
            Deputy Clerk

*Fee Notice*
*(11/26/18)*