IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STACEY R. PURTZ | : | |
| COLLEEN PURTZ | : | BK. No. 16-14155 ELF |
| Debtors | : | |

## ORDER

(Doc. # 44)

AND NOW, this 13th day of August, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE