United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-14155-elf
Stacey R Purtz                                                                            Chapter 13
Colleen Purtz
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Randi             Page 1 of 1              Date Rcvd: Aug 13, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
db/jdb         +Stacey R Purtz,   Colleen Purtz,   3190 Applebutter Rd,   Danielsville, PA 18038-9405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              JASON M. RAPA    on behalf of Debtor Stacey R Purtz jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
              JASON M. RAPA    on behalf of Joint Debtor Colleen  Purtz jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
              JEROME B. BLANK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              SHERRI J. SMITH    on behalf of Creditor    Bank Of America, N.A. sherri.smith@phelanhallinan.com,
               pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
STACEY R. PURTZ :
COLLEEN PURTZ : BK. No. 16-14155 ELF
Debtors :

### ORDER

(Doc. # 44)

AND NOW, this 13th day of August, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved.

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE