## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Stacey R. Purtz & | : | |
| Colleen Purtz | : | |
| Debtors. | : | Case No.:   16-14155 |

## ORDER

AND NOW, upon consideration of the motion of Debtors to Approve Sale in Chapter 13 Case, after notice and hearing, and good cause having been shown, it is ordered and decreed as follows, to wit:

The Motion for Sale of real property located at 3190 Applebutter Road, Danielsville, PA is granted.

Notice to all creditors was given, according the certification of service filed by the debtor's attorney.

The consideration of the offer of $317,500.00 appears to be fair and reasonable and the Court permits Debtor to sell the property located at 3190 Applebutter Road, Danielsville, PA to the potential purchaser as provided for in the agreement of sale.

The transaction is beneficial to the estate, the debtors, and creditors and all parties in interest.

Therefore, it is ordered and decreed as follows, to wit:

1. The sale will satisfy all properly secured liens and encumbrances, and any and all properly secured liens and encumbrances will be paid first from proceeds of the sale.

2. Settlement agent is authorized to make such disbursements at the time of sale as are normally required to convey clear title under applicable non-bankruptcy law, especially without limit any unpaid real estate taxes, any commissions authorized in this order, other costs of sale and transfer taxes, and to charge the purchaser for the cost of the certified copy of this Order to be recorded together with the deed.

3. Settlement agent is authorized to pay Debtors, Stacey and Collen Purtz the sum of $47,350.00 representing their approved exemption in the residence.

4.  Settlement agent is authorized to pay Justen A. Scholl of BHHS Fox & Roach her realtor's commission as specified in the Listing Agreement.

5.  Settlement agent is authorized to pay Jason M. Rapa, Esquire one thousand dollars ($1,500.00) for payment of attorneys fees and costs associated with this bankruptcy. These monies will be escrowed by the title company and a fee application will be filed for approval of the same.

6.  Settlement agent is directed to pay the remaining proceeds of the sale to Scott Waterman, Esquire, Standing Chapter 13 Trustee, for the benefit of unsecured creditor claims filed with the Court under this Chapter 13 Case.

IT IS HEREBY ORDERED, that the motion for sale is granted.

Date

_____
J.