United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stacey R Purtz  
Colleen Purtz  
    Debtors

Case No. 16-14155-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi     Page 1 of 1     Date Rcvd: Jul 09, 2020  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2020.  
db/jdb       +Stacey R Purtz,    Colleen Purtz,    3190 Applebutter Rd,    Danielsville, PA 18038-9405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2020 at the address(es) listed below:

        DENISE ELIZABETH CARLON    on behalf of Creditor    PNC Bank, National Association  
         bkgroup@kmllawgroup.com  
        JASON M. RAPA    on behalf of Debtor Stacey R Purtz jrapa@rapalegal.com,  
         mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com  
        JASON M. RAPA    on behalf of Joint Debtor Colleen   Purtz jrapa@rapalegal.com,  
         mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com  
        JEROME B. BLANK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com  
        JOSHUA I. GOLDMAN    on behalf of Creditor    PNC Bank, National Association  
         Josh.Goldman@padgettlawgroup.com  
        KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        MARIO J. HANYON    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association  
         bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association  
         bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        SHERRI J. SMITH    on behalf of Creditor    Bank Of America, N.A. sherri.smith@phelanhallinan.com,  
         pa.bkecf@fedphe.com  
        THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                     TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Stacey R. Purtz & | : | |
| Colleen Purtz | : | |
| Debtors. | : | Case No.: 16-14155 |

**ORDER**

AND NOW, upon consideration of the motion of Debtors to Approve Sale in Chapter 13 Case, after notice and hearing, and good cause having been shown, it is ordered and decreed as follows, to wit:

The Motion for Sale of real property located at 3190 Applebutter Road, Danielsville, PA is granted.

Notice to all creditors was given, according the certification of service filed by the debtor's attorney.

The consideration of the offer of $317,500.00 appears to be fair and reasonable and the Court permits Debtor to sell the property located at 3190 Applebutter Road, Danielsville, PA to the potential purchaser as provided for in the agreement of sale.

The transaction is beneficial to the estate, the debtors, and creditors and all parties in interest.

Therefore, it is ordered and decreed as follows, to wit:

1. The sale will satisfy all properly secured liens and encumbrances, and any and all properly secured liens and encumbrances will be paid first from proceeds of the sale.

2. Settlement agent is authorized to make such disbursements at the time of sale as are normally required to convey clear title under applicable non-bankruptcy law, especially without limit any unpaid real estate taxes, any commissions authorized in this order, other costs of sale and transfer taxes, and to charge the purchaser for the cost of the certified copy of this Order to be recorded together with the deed.

3. Settlement agent is authorized to pay Debtors, Stacey and Collen Purtz the sum of $47,350.00 representing their approved exemption in the residence.

4. Settlement agent is authorized to pay Justen A. Scholl of BHHS Fox & Roach her realtor's commission as specified in the Listing Agreement.

5. Settlement agent is authorized to pay Jason M. Rapa, Esquire one thousand five hundred dollars ($1,500.00) for payment of attorneys fees and costs associated with this bankruptcy. These monies will be escrowed by the title company and a fee application will be filed for approval of the same.

6. Settlement agent is directed to pay the remaining proceeds of the sale to Scott Waterman, Esquire, Standing Chapter 13 Trustee, for the benefit of unsecured creditor claims filed with the Court under this Chapter 13 Case.

IT IS HEREBY ORDERED, that the motion for sale is granted.

Date   July 9, 2020

*Patricia M. Mayer*
_____
J.