UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Stacey Purtz & Colleen Purtz | : | Chapter 13 |
| | : | |
| Debtors. | : | Case No.:  16-14155  PMM |

# ORDER

AND NOW, upon consideration of the Application by Debtors' Chapter 13 Counsel Pursuant to Local Rule 2016.2, for compensation and, in the absence of objection and, good cause existing for the approval thereof,

IT IS HEREBY ORDERED that the compensation charged by the counsel for the Debtor, Jason M. Rapa, Esquire, in the amount of One Thousand Five Hundred Dollars is approved and may be paid by the Trustee pursuant to the terms of the confirmed Plan

BY THE COURT:

*Patricia M. Mayer*
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge

Dated: 8/6/20