United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Stacey R Purtz
Colleen Purtz
    Debtors

Case No. 16-14155-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi     Page 1 of 1     Date Rcvd: Aug 06, 2020
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2020.
db/jdb         +Stacey R Purtz,    Colleen Purtz,    3190 Applebutter Rd,    Danielsville, PA 18038-9405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2020 at the address(es) listed below:
         DENISE ELIZABETH CARLON    on behalf of Creditor    PNC Bank, National Association
          bkgroup@kmllawgroup.com
         JASON M. RAPA    on behalf of Debtor Stacey R Purtz jrapa@rapalegal.com,
          mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
         JASON M. RAPA    on behalf of Joint Debtor Colleen  Purtz jrapa@rapalegal.com,
          mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
         JEROME B. BLANK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
         JOSHUA I. GOLDMAN    on behalf of Creditor    PNC Bank, National Association
          Josh.Goldman@padgettlawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         MARIO J. HANYON    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
          bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
          bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         SHERRI J. SMITH    on behalf of Creditor    Bank Of America, N.A. sherri.smith@phelanhallinan.com,
          pa.bkecf@fedphe.com
         THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                         TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Stacey Purtz & Colleen Purtz    :    Chapter 13
:
Debtors.    :    Case No.:  16-14155  PMM

### ORDER

AND NOW, upon consideration of the Application by Debtors' Chapter 13 Counsel Pursuant to Local Rule 2016.2, for compensation and, in the absence of objection and, good cause existing for the approval thereof,

IT IS HEREBY ORDERED that the compensation charged by the counsel for the Debtor, Jason M. Rapa, Esquire, in the amount of One Thousand Five Hundred Dollars is approved and may be paid by the Trustee pursuant to the terms of the confirmed Plan

BY THE COURT:

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge

Dated: 8/6/20