Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 16-14155-PMM

STACEY R PURTZ  
COLLEEN PURTZ  
3190 APPLEBUTTER RD  
DANIELSVILLE  PA    18038

Petition Filed Date: 06/09/2016  
341 Hearing Date: 09/20/2016  
Confirmation Date: 03/23/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2019 | $477.81 | | 03/18/2019 | $500.00 | | 04/12/2019 | $600.00 | |
| 05/20/2019 | $480.00 | | 06/24/2019 | $477.81 | | 08/05/2019 | $500.00 | |
| 09/16/2019 | $500.00 | | 09/19/2019 | $1,236.77 | | 10/17/2019 | $477.81 | 6258936000 |
| 11/25/2019 | $477.81 | 6349288000 | 12/09/2019 | $477.81 | 6392862000 | 01/17/2020 | $477.81 | 6489062000 |
| 02/10/2020 | $477.81 | 6545914000 | 04/13/2020 | $478.00 | 6707747000 | 05/18/2020 | $477.62 | 6794263000 |
| 07/06/2020 | $477.81 | 6919505000 | | | | | | |

**Total Receipts for the Period: $8,594.87    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,238.35**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | BILL ME LATER AS SERVICER for SYNCHRONY BANK<br>»» 006 | Unsecured Creditors | $1,774.18 | $366.48 | $1,407.70 |
| 3 | BANK OF AMERICA<br>»» 003 | Secured Creditors | $21.97 | $21.97 | $0.00 |
| 1 | CITIZENS BANK<br>»» 001 | Unsecured Creditors | $14,814.96 | $3,060.41 | $11,754.55 |
| 2 | FIRST COMMONWEALTH FCU<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $1,002.58 | $207.10 | $795.48 |
| 7 | PNC BANK NA<br>»» 007 | Mortgage Arrears | $8,417.92 | $8,417.92 | $0.00 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $23,679.85 | $4,891.67 | $18,788.18 |
| 8 | JASON M RAPA ESQ<br>»» 008 | Attorney Fees | $2,000.00 | $0.00 | $2,000.00 |

Chapter 13 Case No. 16-14155-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,238.35 | Current Monthly Payment: | $477.81 |
| Paid to Claims: | $16,965.55 | Arrearages: | $955.62 |
| Paid to Trustee: | $1,842.77 | Total Plan Base: | $26,972.07 |
| Funds on Hand: | $2,430.03 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.