UNITED STATES BANKRUPTCY COURT
EASTERN  DISTRICT OF PENNSYLVANIA

IN RE: Stacey R. Purtz & Colleen Purtz    :    Chapter 13
    :
    Debtor s.    :    Case No.:   16-14155

---

AMENDED CERTIFICATE OF SERVICE

I, JASON M. RAPA, ESQUIRE, hereby certify that I served a true and correct copy of the Application for Compensation and Reimbursement , Proposed Order as well as the Notice via U.S. First Class Mail:

Scott Waterman, Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606


                                  _/s/   Jason M. Rapa_____

Date: 5/26/2021                       Jason M. Rapa, Esquire
                                  Attorney for Debtor
                                  PA Attorney I.D. No. 89419
                                  141 S. 1st Street
                                  Lehighton, PA 18235
                                  (610) 377-7730