UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Stacey R. Purtz & Colleen Purtz    :    Chapter 13
                                         :
       Debtor s.                          :    Case No.:  16-14155

## CERTIFICATE OF NO RESPONSE

I, Jason M. Rapa, Esquire, attorney for the Debtors, Stacey R. Purtz and Colleen Purtz hereby certifies that no response, answer or other pleading has been received in connection with the above matter, namely the Application for Compensation and Reimbursement filed on May 21, 2021

Date: 6/16/2021            /s/ Jason M. Rapa
                           Jason M. Rapa, Esquire
                           Rapa Law Office, P.C.
                           141 S. 1st Street
                           Lehighton, PA 18235
                           610-377-7730