Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 16-14155-PMM

STACEY R PURTZ  
COLLEEN PURTZ  
3190 APPLEBUTTER RD  
DANIELSVILLE  PA   18038

Petition Filed Date: 06/09/2016  
341 Hearing Date: 09/20/2016  
Confirmation Date: 03/23/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2020 | $477.81 | 6489062000 | 02/10/2020 | $477.81 | 6545914000 | 04/13/2020 | $478.00 | 6707747000 |
| 05/18/2020 | $477.62 | 6794263000 | 07/06/2020 | $477.81 | 6919505000 | 09/02/2020 | $1,000.00 | 7055491000 |
| 09/30/2020 | $477.81 | 7120174000 | 10/23/2020 | $477.81 | 7175944000 | 11/23/2020 | $477.81 | 7252947000 |
| 12/11/2020 | $477.81 | 7299072000 | 01/04/2021 | $477.81 | 7354502000 | 02/09/2021 | $477.81 | 7442289000 |
| 03/11/2021 | $477.81 | 7517557000 | 04/12/2021 | $477.81 | 7595356000 | 04/29/2021 | $477.81 | 7629430000 |
| 05/10/2021 | $477.81 | 7658844000 | | | | | | |

**Total Receipts for the Period: $8,167.15    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $27,016.45**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | BILL ME LATER AS SERVICER for SYNCHRONY BANK<br>»» 006 | Unsecured Creditors | $1,774.18 | $575.86 | $1,198.32 |
| 3 | BANK OF AMERICA<br>»» 003 | Secured Creditors | $21.97 | $21.97 | $0.00 |
| 1 | CITIZENS BANK<br>»» 001 | Unsecured Creditors | $14,814.96 | $4,808.77 | $10,006.19 |
| 2 | FIRST COMMONWEALTH FCU<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $1,002.58 | $325.41 | $677.17 |
| 7 | PNC BANK NA<br>»» 007 | Mortgage Arrears | $8,417.92 | $8,417.92 | $0.00 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $23,679.85 | $7,686.20 | $15,993.65 |
| 8 | JASON M RAPA ESQ<br>»» 008 | Attorney Fees | $2,000.00 | $0.00 | $2,000.00 |

Chapter 13 Case No. 16-14155-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,016.45 | Current Monthly Payment: | $477.81 |
| Paid to Claims: | $21,836.13 | Arrearages: | ($44.38) |
| Paid to Trustee: | $2,305.93 | Total Plan Base: | $26,972.07 |
| Funds on Hand: | $2,874.39 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.