UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Stacey Purtz & Colleen Purtz : Chapter 13
: 
Debtors. : Case No.: 16-14155

## ORDER

AND NOW, upon consideration of the Application by Debtors' Chapter 13 Counsel Pursuant to Local Rule 2016.2, for compensation and, in the absence of objection and, good cause existing for the approval thereof,

IT IS ORDERED that the compensation is allowed to the counsel, Jason M. Rapa, Esquire, in the amount of $4,000.00, of which $2,000.00 was paid prior to the petition, leaving a balance of $2,000.00. This amount may be paid pursuant to terms of the terms of the confirmed Plan. BY THE COURT:

Dated: 7/23/21

*/s/ Patricia M. Mayer*

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge