United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-14155-pmm |
| Stacey R Purtz | Chapter 13 |
| Colleen Purtz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 26, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Stacey R Purtz, Colleen Purtz, 3190 Applebutter Rd, Danielsville, PA 18038-9405 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2021                  Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| JASON M. RAPA | on behalf of Debtor Stacey R Purtz jrapa@rapalegal.com mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com |
| JASON M. RAPA | on behalf of Joint Debtor Colleen Purtz jrapa@rapalegal.com mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com |
| JEROME B. BLANK | on behalf of Creditor Bank Of America N.A. paeb@fedphe.com |
| JOSHUA I. GOLDMAN | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 26, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor PNC Bank  National Association Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MARIO J. HANYON
    on behalf of Creditor Bank Of America  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

MATTEO SAMUEL WEINER
    on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SHERRI J. SMITH
    on behalf of Creditor Bank Of America  N.A. ssmith@pincuslaw.com, pa.bkecf@fedphe.com

THOMAS I. PULEO
    on behalf of Creditor PNC Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Stacey Purtz & Colleen Purtz | : | Chapter 13 |
| | : | |
| Debtors. | : | Case No.: 16-14155 |

## ORDER

AND NOW, upon consideration of the Application by Debtors' Chapter 13 Counsel Pursuant to Local Rule 2016.2, for compensation and, in the absence of objection and, good cause existing for the approval thereof,

IT IS ORDERED that the compensation is allowed to the counsel, Jason M. Rapa, Esquire, in the amount of $4,000.00, of which $2,000.00 was paid prior to the petition, leaving a balance of $2,000.00. This amount may be paid pursuant to terms of the terms of the confirmed Plan. BY THE COURT:

Dated: 7/23/21

*/s/ Patricia M. Mayer/*

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge