**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    STACEY R PURTZ<br>    COLLEEN PURTZ<br><br>            **Debtors** | Chapter 13<br><br>Case No.16-14155-PMM |

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee payments under the confirmed Chapter 13 plan.

**Office of the Chapter 13 Trustee**

Date: October 05, 2021      By:   */s/ Scott F. Waterman*
                                                Scott F. Waterman, Esquire, Chapter 13 Trustee
                                                2901 St. Lawrence Avenue, Suite 100
                                                Reading, PA  19606
                                                (610)779-1313 (Phone)
                                                (610)779-3637 fax