United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-14155-pmm

Stacey R Purtz     Chapter 13

Colleen Purtz

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2

Date Rcvd: Oct 06, 2021    Form ID: 212    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | #+ Stacey R Purtz, Colleen Purtz, 3190 Applebutter Rd, Danielsville, PA 18038-9405 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| JASON M. RAPA | on behalf of Debtor Stacey R Purtz jrapa@rapalegal.com mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com |
| JASON M. RAPA | on behalf of Joint Debtor Colleen Purtz jrapa@rapalegal.com mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com |
| JEROME B. BLANK | on behalf of Creditor Bank Of America N.A. paeb@fedphe.com |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Oct 06, 2021     Form ID: 212     Total Noticed: 1

JOSHUA I. GOLDMAN
   on behalf of Creditor PNC Bank National Association Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN G. MCDONALD
   on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

LISA MARIE CIOTTI
   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MARIO J. HANYON
   on behalf of Creditor Bank Of America N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTEO SAMUEL WEINER
   on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
   on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

SHERRI J. SMITH
   on behalf of Creditor Bank Of America N.A. ssmith@pincuslaw.com, brausch@pincuslaw.com

THOMAS I. PULEO
   on behalf of Creditor PNC Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:  Chapter: 13

    Stacey R Purtz and Colleen Purtz

Debtor(s)  Case No: 16−14155−pmm

_____

*ORDER*

    AND NOW, October 6, 2021, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall file

- ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

- ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Patricia M. Mayer

Judge ,United States Bankruptcy Court