Certificate Number: 14912-PAE-DE-036052210

Bankruptcy Case Number: 16-14155



14912-PAE-DE-036052210

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 9, 2021, at 11:56 o'clock AM EDT, Colleen Purtz completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 9, 2021              By:     /s/Jai Bhatt

                                    Name:   Jai Bhatt

                                    Title:  Counselor