United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Stacey R Purtz  
Colleen Purtz  
    Debtors

Case No. 16-14155-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Oct 20, 2021      Form ID: 138NEW      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Stacey R Purtz, Colleen Purtz, 3190 Applebutter Rd, Danielsville, PA 18038-9405 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13742077 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 13763307 | | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14359553 | | Bank Of America, N.A., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 13742078 | | Edward Salgado MD, 825 Delware Ave, Palmerton, PA 18071 |
| 13744953 | + | FIRST COMMONWEALTH FCU, PO BOX 20450, LEHIGH VALLEY, PA 18002-0450 |
| 13742079 | + | First Commonwealth FCU, PO Box 20030, Lehigh Valley, PA 18002-0030 |
| 13753235 | + | PNC Bank, National Association, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13742083 | + | St Lukes, 801 Ostrum St, Bethlehem, PA 18015-1000 |
| 13835300 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13742086 | + | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2021 23:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 20 2021 23:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 23:18:54 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13743759 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 20 2021 23:12:00 | Citizens Bank, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 13742082 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 20 2021 23:12:00 | RBS Citizens, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 13837299 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2021 23:12:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 13742080 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 23:18:50 | Jewelry TV Preferred Account, PO Box 105658, |

Case 16-14155-pmm   Doc 77   Filed 10/22/21   Entered 10/23/21 00:34:30   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 138NEW | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Atlanta, GA 30348-5658 |
| 13772243 | + | Email/Text: bankruptcydpt@mcmcg.com Oct 20 2021 23:12:00 | | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13742081 | | Email/Text: Bankruptcy.Notices@pnc.com Oct 20 2021 23:12:00 | | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 13838412 | | Email/Text: Bankruptcy.Notices@pnc.com Oct 20 2021 23:12:00 | | PNC Bank, National Association, c/o PNC Mortgage, a division of PNC Bank, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13746404 | | Email/PDF: rmscedi@recoverycorp.com Oct 20 2021 23:18:58 | | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13742085 | + | Email/PDF: gecsedi@recoverycorp.com Oct 20 2021 23:18:54 | | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14265862 | + | Email/Text: bncmail@w-legal.com Oct 20 2021 23:12:00 | | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13746415 | | Email/PDF: gecsedi@recoverycorp.com Oct 20 2021 23:18:58 | | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13742084 | *+ | St Lukes, 801 Ostrum St, Bethlehem, PA 18015-1000 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

**Name**          **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

JASON M. RAPA
on behalf of Debtor Stacey R Purtz jrapa@rapalegal.com  mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com

JASON M. RAPA
on behalf of Joint Debtor Colleen Purtz jrapa@rapalegal.com

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 138NEW | Total Noticed: 30 |

mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com

JEROME B. BLANK
    on behalf of Creditor Bank Of America N.A. paeb@fedphe.com

JOSHUA I. GOLDMAN
    on behalf of Creditor PNC Bank National Association Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MARIO J. HANYON
    on behalf of Creditor Bank Of America N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTEO SAMUEL WEINER
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SHERRI J. SMITH
    on behalf of Creditor Bank Of America N.A. ssmith@pincuslaw.com, brausch@pincuslaw.com

THOMAS I. PULEO
    on behalf of Creditor PNC Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Stacey R Purtz and Colleen Purtz
       Debtor(s)                                                 Bankruptcy No: 16−14155−pmm
                                                                                Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
              Office of the Clerk, Gateway Building
                 201 Penn Street, 1st Floor
                     Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                 For The Court
                                                                     Timothy B. McGrath
                                                                       Clerk of Court

Dated: 10/20/21

                                                                                                                           76 − 68, 73
                                                                                                  Form 138_new